This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 3
The People &c.,
          Respondent,
        v.
Shawn J. Sivertson,
          Appellant.




          Barbara J. Davies, for appellant.
          Ashley R. Lowry, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument at a future
session of the Court.  Chief Judge DiFiore and Judges Rivera,
Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided January 12, 2017